#### 7735.  ROACH *et al. v.* WILLIAMS.

BLOODWORTH, J.   Under the ruling in *American Life &c. Insurance Co.* v. *Quarterman*, ante, 798, the Court of Appeals is without jurisdiction to hear and determine this case, and the writ of error must be

*Dismissed. Broyles, P. J., and Jenkins, J., concur.*

DECIDED MAY 3, 1917.

Trover; from municipal court of Atlanta.   July 5, 1916.

*Albert E. Mayer,* for plaintiffs in error.

*Paul Donehoo, Mayson & Johnson,* contra.